# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00391-CR
## NO. 03-05-00392-CR

**Domingo Estrada, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
NOS. 29204 & 31343, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due October 24, 2005. Appellant's retained attorney, Mr. Ray Bass, did not respond to this Court's notice that the brief is overdue.

The appeal is abated and the district court is ordered to conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. Tex. R. App. P. 38.8(b)(2). If appellant desires to prosecute this appeal but is indigent, the court shall appoint substitute counsel who will effectively represent appellant on appeal. The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the

Clerk of this Court for filing as a supplemental record no later than January 20, 2006. Rule 38.8(b)(3).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed: December 23, 2005

Do Not Publish